UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISABEL BEL MONTEZ, et al., | No. 2:10-cv-3149-MCE-EFB |
| Plaintiffs, | |
| v. | ORDER |
| CITY OF STOCKTON, a municipal corporation, et al., | |
| Defendants. | |

This case was before the court on February 10, 2016, for hearing on defendants' motions to compel plaintiffs Isabel Bel Montez, minor I.G., and minor J.G. to provide responses to defendants' Interrogatories and Requests for Production of Documents. ECF Nos. 25, 26, 27. Attorney James Cook appeared on behalf of plaintiffs; Deputy City Attorney Ted Wood appeared on behalf of defendants.

For the reasons stated on the record, defendants' motions to compel (ECF Nos. 25, 26, 27) are granted. Plaintiffs Isabel Bel Montez, minor I.G., and minor J.G. shall provide responses to defendants' Interrogatories and Requests for Production of Documents by March 1, 2016. Should plaintiffs require additional time to provide responses, the parties may submit a stipulation requesting the court to extend the deadline for compliance with this order. However, any such

/////

stipulation to modify the court's scheduling order must be presented to the assigned district judge and shall be supported by a showing of good cause.  *See* Fed. R. Civ. P. 16(b)(4).

DATED: February 16, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE