JOHN L. BURRIS, ESQ. SBN 69888
BENJAMIN NISENBAUM, ESQ. SBN 222173
JAMES COOK, ESQ, SBN 300212
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
(510) 839-5200

Attorney for Plaintiff
ISABEL BEL MONTEZ
JOSEPH GARCIA SR.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISABEL BEL MONTEZ, et al.<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CITY OF STOCKTON, a municipal corporation; CITY OF STOCKTON POLICE DEPARTMENT; BLAIR ULRING in his capacity as CHIEF OF POLICE for the CITY OF STOCKTON POLICE DEPARTMENT; DOES 1-100, inclusive; individually and in their capacities as POLICE OFFICERS for CITY OF STOCKTON POLICE DEPARTMENT.<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　/ | Case No.  2:10-cv-03149 MCE EFB<br><br>**STIPULATION AND ORDER  FOR CONTINUANCE OF PRETRIAL SCHEDULING ORDER DEADLINES**<br><br>Judge:  United States Magistrate Judge Edmund F. Brennan<br><br>Complaint Filed: November 22, 2010<br>Trial: March 13, 2017 |

**IT IS HEREBY STIPULATED** by and between Plaintiffs, through attorneys of record, JAMES COOK, and BEN NISENBAUM, Law Offices of John Burris; and Defendants, CITY OF STOCKTON, et al., by and through attorneys of record TED DANIEL WOOD, that the following deadlines be continued:

　　　　Discovery Completion:　　　June 1 2016 (Prior date was March 14, 2016)

　　　　Expert Disclosure:　　　　　August 1, 2016 (Prior date was May 13, 2016)

　　　　Supplemental Expert Disc:　August 20, 2016 (Prior date was June 2, 2016)

1

Last Day for Dispositive Motions:   November 15, 2016 (Prior date was September 15, 2016).

All other dates remain as set forth in the Court's Second Amended Pretrial Scheduling Order (Document 23).

The Court requested that Plaintiffs' counsel show good cause for a continuance. Plaintiffs' counsel assert that there is good cause for a continuance, because until recently we had no contact with the client. Without client contact, we could not secure verification signatures to accompany discovery responses. The extra time is necessary to allow time for Plaintiffs' counsel to establish consistent communication with minors I.G. and J.G. as well as determine whether they wish to continue pursuing the case.

**IT IS SO STIPULATED.**

Dated: February 29, 2016                               By:  /s/ James Cook
                                                       James Cook
                                                       Law Offices of John Burris
                                                       Attorney for Plaintiff

Dated: February 29, 2016                               By:  /s/ Ted Daniel Wood
                                                       Ted Daniel Wood
                                                       City of Stockton
                                                       Attorney for Defendant

**ORDER**

In accordance with the parties' stipulation, and good cause appearing, the deadlines specified above are continued in accordance with the foregoing request. All other dates and deadlines set forth in Court's Second Amended Pretrial Scheduling Order remain in full force and effect.

IT IS SO ORDERED.

Dated: February 29, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT