JOHN M. LUEBBERKE, City Attorney
State Bar No. 164893
TED DANIEL WOOD, Deputy City Attorney
State Bar No. 191768
425 N. El Dorado Street, 2nd Floor
Stockton, CA  95202
Telephone: (209) 937-8333
Facsimile: (209) 937-8898

Attorneys for Defendants
CITY OF STOCKTON, BlAIR ULRING, MARK MARQUEZ,
and TIMOTHY MCDERMOTT, municipal employees

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISABEL BEL MONTEZ; ISABEL BEL MONTEZ, Guardian Ad Litem for I.G. and J.G. minors; JOSEPH GARCIA SR.; ESTATE OF JOSEPH GARCIA,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF STOCKTON, a municipal corporation; et al.,<br><br>Defendants. | Case No. 2:10-cv-03149-MCE-EFB<br><br>**STIPULATION AND ORDER FOR CONTINUANCE OF PRETRAIL SCHEDULING ORDER DEADLINE**<br><br>Assigned to Judge Morrison C. England, Jr. Dept.<br><br>Complaint Filed:  11/22/2010 |

**IT IS HEREBY STIPULATED** by and between the Plaintiffs, through their attorneys of record, James Cook and Ben Nisenbaum, Law Offices of John Burris; and Defendants, City of Stockton, et al., by and through attorneys of record, Ted Wood, Office of the City Attorney, that the following deadlines be continued:

    Discovery Completion:     July 18, 2016 (Prior date was June 1, 2016)

All other dates remain as set forth in the Court's Second Amended Pretrial Scheduling Order (Document 23), and as amended by the Stipulation and Order for Continuance of Pretrial Scheduling Order Deadlines (Document 35).

The brief continuance is requested to permit Plaintiffs and defendants to address outstanding discovery issues brought about the difficulty in client contact among Plaintiffs and their counsel.  The parties respectfully request the Court grant this stipulation to allow them adequate time to prepare the case for trial.

1    IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

2    Dated: 5/9/16                    LAW OFFICE OF JOHN L. BURRIS

3
                                      By:   /s/ *James Cook*
4                                     JAMES COOK
                                      Attorneys for Plaintiff
5                                     Isabel Bel Montez, et al.

6
     Dated: 5/9/16                    JOHN M. LUEBBERKE
7                                     CITY ATTORNEY

8
                                      By:   /s/ *Ted Daniel Wood*
9                                     TED DANIEL WOOD
                                      Attorneys for Defendants
10                                    City of Stockton, Stockton of Stockton Police
                                      Department, and Blair Ulring, Chief of Police
11

12

13                                  **O R D E R**

14    In accordance with the parties' stipulation, and good cause appearing, the deadline for the

15   completion of discovery specified above is continued with the foregoing request.  All other dates

16   and deadlines set forth in the Court's the Court's Second Amended Pretrial Scheduling Order

17   (Document 23), and as amended by the Stipulation and Order for Continuance of Pretrial

18   Scheduling Order Deadlines (Document 35) remain in full force and effect.

19    IT IS SO ORDERED.

20   Dated: May 12, 2016

21

22                                    _____
                                      MORRISON C. ENGLAND, JR
23                                    UNITED STATES DISTRICT JUDGE

24

25

26

27

28