UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ISABEL BEL MONTEZ, et al.,

Plaintiffs,

v.

CITY OF STOCKTON, a municipal corporation, et al.,

Defendants.

No. 2:10-cv-3149-MCE-EFB

ORDER TO SHOW CAUSE

On May 25, 2016, defendants moved to compel plaintiffs Isabel Bel Montez, minor I.G., and minor J.G. ("plaintiffs") to provide responses to outstanding discovery requests and for sanctions based on plaintiffs' failure to comply with the court's February 16, 2016 order, which directed plaintiffs to provide responses to other discovery requests. ECF Nos. 40, 41, 42, 44, 45, 46. Defendants noticed the motions for hearing on June 22, 2016. *Id.* Pursuant to Local Rule 251(e), plaintiffs were required to file an opposition to the motions not later than seven days before the hearing or, in this instance, by June 15, 2016.

The deadline has passed and plaintiffs have failed to file any response to defendants' motions. Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." *See also Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995) ("Failure to follow a district court's local rules is a proper ground for dismissal.").

1

Accordingly, good cause appearing, it is hereby ORDERED that:

1. The hearing on defendants' motions to compel (ECF No. 40, 41) and for sanctions (ECF Nos. 42, 44, 45, 46) is continued to June 29, 2016 at 10:00 a.m. in Courtroom No. 8.

2. Plaintiffs Isabel Bel Montez, I.G., and J.G. shall show cause, in writing, no later than June 22, 2016, why sanctions should not be imposed for failure to timely file an opposition or a statement of non-opposition to defendants' motions.

3. Plaintiff shall file an opposition to the motions, or a statement of non-opposition thereto, no later than June 22, 2016.

4. Failure to file an opposition to the motions will be deemed a statement of non-opposition thereto, and may result in the granting of defendants' motions and/or a recommendation that this action be dismissed for failure to prosecute.

5. Defendants may file a reply to plaintiff's opposition, if any, on or before June 24, 2016.

DATED: June 16, 2016.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE