JOHN M. LUEBBERKE, City Attorney
State Bar No. 164893
JAMES F. WILSON, Deputy City Attorney
State Bar No. 107286
425 N. El Dorado Street, 2nd Floor
Stockton, CA  95202
Telephone: (209) 937-8333
Facsimile: (209) 937-8898

Attorneys for Defendants
CITY OF STOCKTON, BLAIR ULRING, MARK MARQUEZ,
and TIMOTHY MCDERMOTT, municipal employees

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISABEL BEL MONTEZ; ISABEL BEL MONTEZ, Guardian Ad Litem for I.G. and J.G. minors; JOSEPH GARCIA SR.; ESTATE OF JOSEPH GARCIA,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF STOCKTON, a municipal corporation; et al.,<br><br>Defendants. | Case No. 2:10-cv-03149-MCE-EFB<br><br>**STIPULATION AND ORDER FOR CONTINUANCE OF PRETRIAL SCHEDULING ORDER DEADLINES**<br><br>Assigned to Judge Morrison C. England, Jr. Dept.<br><br>Complaint Filed:  11/22/2010 |

**IT IS HEREBY STIPULATED** by and between the Plaintiffs, through their attorneys of record, James Cook and Ben Nisenbaum, Law Offices of John Burris; and Defendants, City of Stockton, et al., by and through attorneys of record, Ted Wood, Office of the City Attorney, that the following deadlines be continued:

| | |
|---|---|
| Discovery Completion: | October 21, 2016 (Prior date was July 18, 2016) |
| Expert Disclosure: | December 1, 2016 (Prior date was August 1, 2016) |
| Supplemental Expert Disc.: | December 22, 2016 (Prior date was August 20, 2016) |
| Last Day for Dispositive Motions: | April 1, 2017 (Prior Date was November 15, 2016) |
| Final Pre-trial Conference: | _____ (Prior date was January 19, 2017) |
| Trial: | _____ (Prior date was March 13, 2017) |

The brief continuance is requested to permit counsel for Plaintiffs to comply with Federal Rules of Civil Procedure 17 and Local Rules 202(a) as to the minor Plaintiffs.  Magistrate Judge

1. Brennan has ordered counsel for Plaintiffs to comply with these rules by July 27, 2016. (See, Doc. 52.) Counsel for Plaintiffs has been out of contact with the clients since approximately September 2015 due to Plaintiffs' participation in a witness protection program. Discovery to Plaintiffs from Defendants has been outstanding since August 2015 and remains unresolved. The parties request the additional time to permit counsel for Plaintiffs to contact Plaintiffs and determine whether to proceed with the litigation and/or to establish a process for timely and effective communication with the Plaintiffs through a guardian ad litem. The parties respectfully request the Court grant this stipulation to allow them adequate time to prepare the case for trial.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated:  July 5, 2016               LAW OFFICE OF JOHN L. BURRIS

                                   By:     /s/ James Cook
                                    JAMES COOK
                                   Attorneys for Plaintiff
                                   Isabel Bel Montez, et al.

Dated:  July 5, 2016               JOHN M. LUEBBERKE
                                   CITY ATTORNEY


                                   By:    /s/ James F. Wilson
                                   JAMES F. WILSON
                                   Attorneys for Defendants
                                   City of Stockton, Stockton of Stockton Police
                                   Department, and Blair Ulring, Chief of Police


**O R D E R**

In accordance with the parties' stipulation, and good cause appearing, the deadline for the completion of discovery in this matter is continued to October 21, 2016, expert disclosure is now due on December 1, 2016, and supplemental expert disclosure shall occur not later than December 22, 2016. Plaintiffs' counsel is further directed to file a status report by October 12,

2016 informing the Court as to their efforts to contact Plaintiffs and to ascertain whether Plaintiffs intend to proceed with this litigation. Following receipt of that report, Final Pretrial Conference and trial dates will be scheduled as necessary.

IT IS SO ORDERED.

Dated: July 12, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE