UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISABEL BEL MONTEZ, et al.<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>CITY OF STOCKTON, a municipal corporation; CITY OF STOCKTON POLICE DEPARTMENT; BLAIR ULRING in his capacity as CHIEF OF POLICE for the CITY OF STOCKTON POLICE DEPARTMENT; DOES 1-100, inclusive; individually and in their capacities as POLICE OFFICERS for CITY OF STOCKTON POLICE DEPARTMENT.<br><br>　　　　Defendants.<br>_____/ | Case No.  2:10-cv-03149 MCE EFB<br><br>**ORDER APPOINTING GUARDIAN AD LITEM FOR MINOR PLAINTIFFS I.G. AND J.G.**<br><br>Complaint Filed: November 22, 2010<br>Trial: March 13, 2017 |

　　Having reviewed Petitioner Tessie Garcia's application for appointment as guardian ad litem for minor plaintiffs I.G. and J.G., and good cause appearing, Petitioner's application is GRANTED.   Petitioner is hereby appointed guardian ad litem of said minor plaintiffs.

　　IT IS SO ORDERED.

Dated:  July 29, 2016

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　MORRISON C. ENGLAND, JR
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1

ORDER APPOINTING  GUARDIAN AD LITEM